UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 2:20-cr-121-SPC-MRM

VICTOR HUGO JALAPA-GOMEZ

_____/

**PRELIMINARY ORDER OF FORFEITURE**

Before the Court, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, is the United States' Motion for a Preliminary Order of Forfeiture. (Doc. 51). The Government seeks forfeiture of an **FNH model 509 9mm semi-automatic pistol (S/N GKS0090353)** and **eight rounds of Olin-Winchester ammunition** which assets were used by the Defendant during the commission of the offense charged in the Indictment.

On April 16, 2021, Defendant Victor Hugo Jalapa-Gomez pleaded guilty to possession of a firearm and ammunition by an alien illegally or unlawfully in the United States, in violation of 18 U.S.C. § 922(g)(5) (Doc. 48), and on April 20, 2021, the undersigned United States District Court Judge accepted his plea and adjudged him guilty of this offense (Doc. 49).

In his plea agreement, Jalapa-Gomez admits to possessing and firing the previously described firearm and ammunition on August 16, 2020 in Fort Myers, Florida, and further admits that he knew he was prohibited from possessing a firearm due to his immigration status.   (Doc. 42).

Defendant Jalapa-Gomez agrees to forfeit any and all assets and property subject to forfeiture, including the subject firearm and ammunition, and that the order of forfeiture shall become final at the time it is entered.

The United States has established the required connection between the crime of conviction and the assets.  Because the United States is entitled to forfeit the property, the motion is **GRANTED**.  Pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

Accordingly, it is now

**ORDERED**:

The United States' Motion for Order of Forfeiture (Doc. 51) is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida, on May 13, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record