UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:20-cr-121-SPC-NPM

VICTOR HUGO JALAPA-GOMEZ

### **FINAL ORDER OF FORFEITURE**[1]

Before the Court, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, is the United States' Motion for Final Order of Forfeiture filed September 8, 2021. (Doc. 66).

The Government seeks a final order of forfeiture for the **FNH model 509, 9mm semi-automatic pistol (S/N GKS0090353)**, and **eight rounds of Olin-Winchester ammunition**, which were subject to the May 13th, 2021 Preliminary Order of Forfeiture (Doc. 52).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, beginning on May 14, 2021 and continuing through June 12, 2021, the United States published at www.forfeiture.gov notice of the forfeiture and of the intent to dispose of the assets. (Doc. 55). The publication gave notice to all third parties with a legal interest in the assets to file with

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication. No one filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

In accord with 21 U.S.C. § 853(n), the United States properly noticed, via certified United States mail and first-class mail, the only known person to have a potential interest in the assets, and no one petitioned or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, the United States' Motion for Final Order of Forfeiture (Doc. 66) is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets now vests in the United States of America.

**DONE AND ORDERED** in Fort Myers, Florida on September 14, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record